*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*WESTERN DIVISION*

---

**LAKETHA B. BLUE,**

                                        **JUDGMENT IN A CIVIL CASE**

      **Plaintiff,**

v.

**THE HARTFORD INSURANCE**
**COMPANY,**                                   **CASE NO: 2:17-cv-2742-tmp**

      **Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered

     IT IS SO ORDERED AND ADJUDGED that pursuant to the Order of Dismissal entered on December 3, 2018 this case is hereby DISMISSED WITH PREJUDICE AGAINST DEFENDANT. Each party shall bear its own costs.


**APPROVED:**

s/ Tu M. Pham
**TU M. PHAM**
**UNITED STATES MAGISTRATE JUDGE**

| | |
|---|---|
| December 3, 2018 | THOMAS M. GOULD |
| **DATE** | Clerk of Court |
| | |
| | s/Sandra McClain |
| | **(By)  Deputy Clerk** |